KIRTON | McCONKIE, P.C.
James B. Belshe, Esq.*
(jbelshe@kmclaw.com)
James T. Burton, Esq.*
(jburton@kmclaw.com)
60 East South Temple, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
*(*Pro Hac Vice*)

KINDRED | POSEY
Alan M. Kindred (Bar No. CA 135145)
(Alan.Kindred@kindredposey.com)
Ivan Posey (Bar No. CA 196386)
(Ivan.Posey@kindredposey.com)
1603 Manor Gate Road
Hacienda Heights, CA 91745
Telephone: (888) 499-5558
Facsimile: (213) 559-8822

*Attorneys for Plaintiff*
Cambrian Science Corporation

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CAMBRIAN SCIENCE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., a Delaware corporation, *et al.*,<br><br>Defendants. | Case No. SACV 11-1011-JST (ANx)<br><br>Hon. Josephine Staton Tucker<br><br>Magistrate Judge Arthur Nakazato<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING PLAINTIFF CAMBRIAN SCIENCE CORPORATION'S MOTION TO STRIKE THE DECLARATION OF DR. KOCH AND TO PRECLUDE THE DEFENDANTS FROM RELYING ON EXPERT TESTIMONY FOR CLAIM CONSTRUCTION**<br><br>Hearing Date: May 17, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 6B<br>Before Magistrate Judge Nakazato |

Pursuant to Local Rule 52-4.1 Cambrian Science Corporation hereby lodges the proposed order attached hereto regarding Cambrian Science Corporation's Motion to Strike the Declaration of Dr. Koch and to Preclude the Defendants from Relying on Expert Testimony for Claim Construction.

Respectfully submitted,

DATED: April 25th, 2012  KIRTON | McCONKIE, P.C.

By:/s/James B. Belshe
James B. Belshe (*pro hac vice*)
James T. Burton (*pro hac vice*)

KINDRED | POSEY
Alan M. Kindred (Bar No. CA 135145)
Ivan Posey (Bar No. CA 196386)

*Attorneys for Plaintiff*
Cambrian Science Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of April, 2012, I filed a copy of the foregoing on the Court's CM/ECF system, which provides service to all counsel of record.

/s/ Heather Bartlett

4818-7037-4927.1