# EXHIBIT 1

1   KIRTON | McCONKIE, P.C.
    James B. Belshe, Esq.*
2   (jbelshe@kmclaw.com)
    James T. Burton, Esq.*
3   (jburton@kmclaw.com)
    60 East South Temple, Suite 1800
4   Salt Lake City, UT 84111
    Telephone: (801) 328-3600
5   Facsimile: (801) 321-4893
    *(Pro Hac Vice)
6
7   KINDRED | POSEY
8   Alan M. Kindred (Bar No. CA 135145)
    (Alan.Kindred@kindredposey.com)
9   Ivan Posey (Bar No. CA 196386)
    (Ivan.Posey@kindredposey.com)
10  1603 Manor Gate Road
    Hacienda Heights, CA 91745
11  Telephone: (888) 499-5558
    Facsimile: (213) 559-8822
12
13  *Attorneys for Plaintiff*
    Cambrian Science Corporation
14

15              UNITED STATES DISTRICT COURT
16            CENTRAL DISTRICT OF CALIFORNIA
                    SOUTHERN DIVISION
17
    CAMBRIAN SCIENCE                 Case No. SACV 11-1011-JST (ANx)
18  CORPORATION, a California
    corporation,                     **DECLARATION OF DR. STEVEN M.
19                                   BLAIR, Ph.D. IN SUPPORT
    Plaintiff,                       PLAINTIFF CAMBRIAN SCIENCE
20                                   CORPORATION'S
    v.                               CONSTRUCTIONS OF DISPUTED
21                                   TERMS SET FORTH WITHIN JOINT
    COX COMMUNICATIONS, INC., a      CLAIM CONSTRUCTION AND
22  Delaware corporation, *et al.*,  PREHEARING STATEMENT**

23  Defendants.
24                                   District Judge:
                                     Hon. Josephine Staton Tucker
25
26
27
28

                                                        4842-7489-6399.1

## DECLARATION OF DR. STEVEN M. BLAIR, Ph.D. IN SUPPORT OF PLAINTIFF CAMBRIAN SCIENCE CORPORATION'S CONSTRUCTIONS OF DISPUTED TERMS SET FORTH WITHIN JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

I, Steven M. Blair, hereby declare as follows:

**Introduction**

1.      I am a citizen of the United States, am over the age of twenty-one, and am competent to testify as to the matters set forth herein.

2.      I have been retained to offer my opinion on the meaning of certain words and/or phrases used in the claims of U.S. Patent No. 6,775,312[1] ("the '312 patent," CAM00001-CAM00035), and I have prepared this declaration in support of the Plaintiff's, Cambrian Science Corporation ("Cambrian"), constructions of disputed terms set forth within the parties' Joint Claim Construction and Prehearing Statement.

3.      I have also been asked to review, and understand that I may be asked to further review and/or provide testimony regarding, the claim constructions that have been and/or may be provided by Defendants Cox Communications, Inc., XO Communications Services, LLC, Global Crossing Telecommunications, Inc., Level 3 Communications, LLC, 360Networks (USA), Inc., Electric Lightwave, LLC, IXC Holdings, Inc. and Infinera Corporation (collectively "Defendants") in this case.

**Relevant Experience & Qualifications**

4.      As can be seen from my Curriculum Vitae ("CV") (a copy of which is attached hereto as **Exhibit "A"**), in 1991, I obtained a B.S. degree in Computer Engineering and a B.S degree in Applied Optics at Rose-Hulman Institute of Technology.

---

[1] Citations to the specification of the '312 patent are in the abbreviated format "cc:ll" where "cc" represents the column number and "ll" represents the line number. All citations include the figures to which the cited specification refers in addition to any figures specifically cited.

2

5.      In 1993, I received an M.S. degree in Applied Optics at Rose-Hulman Institute of Technology.  My thesis focused on Photochromic Methyl Violet as a Holographic Medium.

6.      In 1998, I received a Ph.D. in Electrical Engineering at the University of Colorado at Boulder.  My doctoral thesis involved Optical Soliton-Based Logic Gates.

7.      In 1991 and 1992, I worked as a Graduate Research Assistant at Rose-Hulman Institute of Technology.

8.      From 1992 – 1998, I worked as a Graduate Research Assistant at the University of Colorado at Boulder.

9.      In 1998, I worked as a Postdoctoral Researcher at the University of Colorado at Boulder.

10.     From 1998-2005, I was an Assistant Professor at the University of Utah in the field of Electrical and Computer Engineering.

11.     Since 2000, I have been an Adjunct Professor at the University of Utah in the field of Bioengineering.

12.     Since 2002, I have been an Adjunct Professor at the University of Utah in the field of Physics.

13.     Since 2005, I have been an Associate Professor at the University of Utah in the field of Electrical and Computer Engineering.

14.     Since 2008, I have been an Adjunct Professor at the University of Utah in the field of Materials Science & Engineering.

15.     As part of the Electrical and Computer Engineering curriculum at the University of Utah, I teach, among other things, a course on lasers, their applications and optical electronics (ECE 5410), which covers, *inter alia*, laser physics and systems, ray optics, crystal optics, modulation and detection.  I began teaching ECE 5410 in 1998.

3

16.     As part of the Electrical and Computer Engineering curriculum at the University of Utah, I teach, among other things, a course on fiberoptic systems and optical communications (ECE 5411), which covers, *inter alia*, optical communications systems and networks and system design.  I began teaching ECE 5411 in 1999.

17.     As part of the Electrical and Computer Engineering curriculum at the University of Utah, I teach, among other things, a course on integrated optics and photonic microsystems (ECE 6440), which covers, *inter alia*, waveguide theory and integrated optoelectronic devices in telecommunications and sensing.  I began teaching ECE 6440 in 2000.

18.     During my time at the University of Utah, I have served on the Graduate Admissions Committee, developed a combined B.S./M.E./M.S. degree program (2000), been the Director of the combined B.S./M.E./M.S. degree program (2000-2005), developed a new Ph.D. qualifying exam procedure (2004), and developed a new Ph.D. comprehensive exam procedure (2005).

19.     Since 2006, I have been the Director of the Engineering Clinic Program at the University of Utah.

20.     From 2006-2007, I was a Member of the Technology Review Board at the University of Utah.

21.     Since 2006, I have been a Member of the Microfabrication ("Microfab") Executive Committee at the University of Utah.

22.     During my time at the University of Utah, I have served on the following committees:  Microfab Executive Committee (2006-present), USTAR Nanofabrication and Characterization Facility planning committee (2007 – 2010), Chair, solid state search committee (2007-2008), Department Chair search committee (2008-2009), USTAR Microsystems Integration Cluster search committee (2008-present), Community Engagement committee (2008-2009), Nano Utah conference committee (2009), E&M search committee (2009-2012), Chair,

4

ECE Marketing committee (2011-present), and Group Leader, MRSEC Next-generation materials for plasmonics and spintronics, IRG1 Focus Group UV Plasmonics (2011-present).

23.     Between 2000-2001, I was twice recognized as a top 15% professor in the College of Engineering at the University of Utah.

24.     I have been a reviewer for Science, Optics Letters, Optics Express, Physical Review, IEEE Journal of Quantum Electronics, IEEE Photonics Technology Letters, Nano Letters, Biophysical Journal, and Analytical Chemistry.

25.     Since 1991, I have been a member of IEEE.

26.     Since 1995, I have been a member of Optical Society of America.

27.     Since 2011, I have been a senior member of Optical Society of America.

28.     I was co-editor (with Ajay Nahata) for the Optics Express focus issue on "Extraordinary light transmission through sub-wavelength structured surfaces," Vol. 12, No. 16, 2004.

29.     I also served on the Program Committee, 2nd Annual Topical Meeting on Nanophotonics, Uncasville, CT, April 26-28, 2006, and was a Session Chair at "Photonic Crystals and Periodic Nanomaterials," NLO, July 13-17, 2009.

30.     Since 1999, I have been a member of SPIE, and have served on the Program Committee for Micro (MEMS) and Nanotechnologies for Space, Defense, and Security, Orlando, Fl., March 16-20, 2008 and on the Program Committee for Micro (MEMS) and Nanotechnologies for Space, Defense, and Security, Orlando, Fl., 2009 and on the Program Committee for Micro (MEMS) and Nanotechnologies for Space, Defense, and Security, Orlando, Fl. 2010 and on the Program Committee for Micro- and Nanotechnology Sensors, Systems and Applications III, Orlando FL., 2011.

5

31.     In 2002, I was a member of the Organizing Committee of The Sixth International Conference on Electrical Transport and Optical Properties of Inhomogeneous Media, held July 15-19, 2002.

32.     In 2004, I chaired sessions on Acquisition and co-authored a Workshop report on nanoscale acquisition for the Nano-electronics, -magnetics, and -photonics Grand Challenge Workshop (part of NNI).

33.     In 2005, I was the General Chair of the "3rd Symposium on Photonics, Networking and Computing," part of the 8th Joint Conference on Information Sciences, which was held on July 21-26, 2005, in Salt Lake City, UT.

34.     In 2007, I was part of the NSF Workshop on Nanoscale Science and Engineering Education, Washington, DC.

35.     Since 2007, I have been an Associate Editor for Advances in Optical Technology.

36.     In 2007, I was the General Chair of the "5th Symposium on Photonics, Networking and Computing," part of the 10th Joint Conference on Information Sciences, which was held on July 17-19, 2007, in Salt Lake City, UT.

37.     In 2007, I was part of the NSF International Research and Education in Engineering, Purdue.

38.     In 2008, I was part of NSF Review Panel, EPDT program.

39.     In 2008, I was part of NSF Global Engineering Summit, Newport, RI.

40.     In 2009, I was part of NIH Review Panel. ZRG1 IMST-G study section.

41.     Since 2010, I have been a moderator for arXiv physics.optics.

42.     From 2000-2005, I was a consultant for IPG Inc. in Salt Lake City, UT. I periodically provide services as an expert for litigations involving the optical communications industry.

43.     From 2001-2003, I was a consultant for Phiar Corp., a startup in Boulder, CO. I assisted with modeling/analysis of nanophotonic devices.

6

44.     From 2002-2006, I was a consultant for ZEVEX International, a medical device manufacturer in Salt Lake City, UT.   I was a member of their Technical Advisory Board.

45.     Since 2005, I have been the Director of the Center for Microarray Technology ("CMT") at the University of Utah.

46.     From 2007-2009, I was a consultant for Philotek, a spin-off from the CMT.

47.     Philotek focused on two technologies: (1) a nanophotonic substrate for enhanced fluorescence in microarray studies; and (2) a real time methodology for fluorescence microarray assays.

48.     Since 2011, I have been a consultant for Axon Optics, a spin-off from the University of Utah technology.   I assist with the development of medical devices based on thin cell materials.

49.     I have authored numerous publications, a list of which is included on my CV (starting at page 6).

50.     I have given numerous invited presentations and conferences, a list of which is also included on my CV (starting at page 11).

51.     As can be seen from my CV, I have published articles in journals which cover several scientific disciplines relevant to understanding the invention disclosed in the '312 patent, such as, Journal of the Optical Society of America, Optics Letters, IEEE Journal of Selected Topics in Quantum Electronics, Journal of Lightwave Technology, Organic Electronics, Journal of Micro/Nanolithography, MEMS, and MOEMS, Lab on a Chip, ACS Nano, Plasmonics, Physical Review, Nanotechnology, and Optics Express.

52.     I have also submitted disclosures and patent applications to the USPTO.   I have four issued patents, each of which is generally relevant to understanding the invention disclosed in the '312 patent, and several pending applications.   A list can be found on my CV (page 24).

7

53.     I am being compensated for my time at the hourly rate of $225.  My compensation in this matter is not contingent upon the outcome or resolution of this litigation.

54.     I have not testified as an expert at trial or by deposition during the previous four years.

**Documents Relied Upon**

55.     In forming my opinions on the meanings of certain words and/or phrases appearing in the claims of the '312 patent, I have reviewed the specification (CAM00001-CAM00035; *see* n.1, *supra*), the prosecution history (CAM00036-CAM00248), the Defendants' Disclosure of Invalidity Contentions served on March 8, 2012 and the alleged "prior art" references cited and/or relied upon in the Defendants' Disclosure of Invalidity Contentions (INF0016378- INF0016421, INF0016425- INF0016435, INF0016444- INF0016739, INF0016751- INF0016768, INF0016994- INF0017030, INF0017064- INF0017076, INF0017090- INF0017104, INF0017119- INF0017162, INF0017171- INF0017252, INF0017257- INF0017274, INF0017303- INF0017305, INF0017309- INF0017371, INF0017375- INF0017437, INF0017441- INF0017529, INF0017533- INF0017617, INF0017572- INF0017583, INF0017618- INF0017719, INF0017734- INF0017740, INF0017748- INF0017780, INF0017841- INF0017902, INF0017914- INF0017928, INF0017938- INF0017948, INF0018001- INF0018014, INF0018048- INF0018062, INF0018104- INF0018120, INF0018186- INF0018239, INF0018301- INF0018312, INF0018323- INF0018364, INF0018371- INF0018372, INF0018375- INF0018391, INF0018396- INF0018398, INF0018401- INF0018425, INF0052969- INF0053039, INF0053213- INF0053272). I have also reviewed the Defendants' "Proposed Preliminary Claim Constructions". Likewise, I have reviewed various iterations of claim constructions that have been proposed and/or provided by both the Plaintiff and the Defendants during the ensuing meet-and-confer process required under Patent Local Rule 4-2(c).

56.     I have also relied upon over twenty-one (21) years of experience in optics technology.

**One of Ordinary Skill in the Art**

57.     It is my understanding that terms and/or phrases appearing in the claims of a patent are to be given their ordinary and customary meaning to one of ordinary skill in the relevant art, unless the specification makes clear that the inventor imparted a special meaning to the term or phrase.

58.     I have further been informed that the time frame for determining the claim construction is at the time of the invention, which is approximately as of the earliest filing date of the patent application.

59.     Here, I understand that the '312 patent was filed in the United States on May 15, 2002.   For purposes of this analysis, I have looked at the 2002 timeframe generally.   However, generally, the understanding of terms in the art has not change significantly (for purposes of this discussion).

60.     I have been informed that one of skill in the art is a hypothetical person, who is presumed to have known the relevant art at the time of the invention and further that such a person has ordinary creativity and is not an automaton.

61.     I have also been informed that the following factors may be considered when assessing the person having ordinary skill in the art: (1) the education level of the inventor; (2) type of problems encountered in the art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6) education level of workers in the field.

62.     After reviewing the claims of the '312 patent, I believe that one of ordinary skill in the art would be a person with an undergraduate or masters degree in science or engineering with 3-5 years of experience working in the field of semiconductor devices, integrated optics, photonics, light emitting/detecting devices and/or photonic integrated circuits or a person with a doctorate degree in science or engineering with at least 1-2 years of experience working in the field of

9

1   semiconductor devices, integrated optics, photonics, light emitting/detecting devices
2   and/or photonic integrated circuits.

3       63.     As with most technologies, the technology involved in this litigation
4   touches upon a number of scientific disciplines, including physics, optics, materials
5   science and electrical and/or computer engineering, and thus, the experience of a
6   person of ordinary skill in the art in the field of semiconductor devices, integrated
7   optics, photonics, light emitting/detecting devices and/or photonic integrated
8   circuits.

9       64.     Further, it is possible that a person without the degrees noted above or
10  without the experience noted above could understand certain aspects of the
11  invention, especially under instruction by those of skill in the art.

12      65.     My experience exceeds the level of one of ordinary skill in the art.
13  However, I am qualified to testify as to what one of ordinary skill in the art would
14  have understood when reviewing the claim terms in view of the specification and
15  file history of the '312 patent during the relevant time period.

16      66.     I have been asked to assist Cambrian in determining the meaning of
17  certain claim terms and/or phrases as would have been understood by one of
18  ordinary skill in the art in approximately the 2002 timeframe.

19  **The Disputed Claim Terms and/or Phrases of the '312 Patent**

20      67.     I have been told that a claim term or phrase is to be given its plain and
21  ordinary meaning to one of ordinary skill in the art.  With respect to the '312 patent,
22  I have been told and/or understand that the relevant timeframe is approximately
23  2002.  In evaluating the intended meaning of the claim term or phrase, I understand
24  that I am to take into account the claims themselves, the specification of the patent,
25  and the prosecution history of the patent, to determine whether the applicants have
26  imparted a special meaning to the term or phrase or whether the applicants have
27  disavowed certain subject matter from the scope of the term or phrase used in the
28  claims.

68.   I further understand that reference to the specification and prosecution history can be particularly relevant if the claim term or phrase does not have an accepted plain or ordinary meaning to one of ordinary skill in the art.

69.   It is my understanding that the plain and ordinary meaning of a claim term, taken by itself, can be modified or rebutted if an inventor has disavowed or disclaimed some scope of coverage by the claim term in a clear way.  For example, I have been told that an inventor may use the specification of his patent to intentionally disclaim or disavow a broader scope of a claim, but the intention must be clear.

70.   Following the meet-and-confer process required under Local Patent Rule 4-2(c), I have been informed that the parties continue to dispute the construction of certain claim language and intend to ask the Court to interpret this language.   In order to assist the Court in this endeavor, and in support of the Plaintiff's constructions, in the following paragraphs I provide a construction for each term and/or phrase of the '312 patent claims which remain in dispute.  That is, I have interpreted the meaning of the claim terms and/or phrases in accordance with their ordinary and accustomed meanings, as would have been perceived by one of skill in the art in the 2002 time frame, taking into account, *inter alia*, the specification of the '312 patent as well as the prosecution history of the '312 patent.

71.   To this end, it is my opinion that a person of ordinary skill in the art would understand the terms and/or phrases listed below (as used in one or more claims of the '312 patent) to be defined as indicated:

   a.   *"active waveguide coupler"*:  an active waveguide device in which light from multiple inputs, such as from multiple laser sources, are combined into one or more outputs;[2]

_____

[2] *See, e.g.*, by way of example but not limitation, 1:33-39, 1:52-60, 2:29-31, 2:61-65, 4:6-7, 5:19, 5:30-44, 5:47-67, 6:30-34, 6:44-51, 6:55-59, 7:16-31, 7:39-67, 8:1-19, 9:18-65, 10:62-66,  Figs. 1-2, 4-13, 15-17, 20-22; Pros. Hist. (CAM00036-

11

i. *"active waveguide"*:  a waveguide that may provide loss, gain and/or refractive index change to light guided by the waveguide.  The loss, gain, or refractive index change may be controlled by an external input, such as current, voltage or temperature.  By contrast, a "passive waveguide" is a waveguide that is substantially transparent to light guided by the waveguide.  The properties of the waveguide do not change;[3]

b.      *"active coupler"*:  a coupler whose operation can be controlled by an external input, such as current, voltage or temperature;[4]

c.      *"active region"*:  a region of an optical device or photonic integrated circuit that may provide loss, gain and/or refractive index change to light propagating through that region. The loss, gain, or refractive index change may be controlled by an external input, such as current, voltage or temperature;[5]

d.      *"high output power combining of the outputs of the laser array"* & *"power combining the outputs of individual ones of the laser elements of the laser array"*:  combining the light from multiple lasers in a manner that (1) does not depend on their relative phase and (2) may provide

CAM00248) at Oct. 6, 2003 Office Action, p. 7 (CAM00116, regarding claims 21-24).

[3] *See, e.g.,* by way of example but not limitation, 1:33-39, 1:52-60, 2:29-31, 2:61-65, 4:6-7, 5:19, 5:30-44, 5:47-67, 6:30-34, 6:44-51, 6:55-59, 7:16-31, 7:39-67, 8:1-19, 9:18-65, 10:62-66,  Figs. 1-2, 4-13, 15-17, 20-22; Pros. Hist. (CAM00036-CAM00248) at Oct. 6, 2003 Office Action, p. 7 (CAM00116, regarding claims 21-24).

[4] *See, e.g.,* by way of example but not limitation, 1:33-39, 1:52-60, 2:29-31, 2:61-65, 4:6-7, 5:19, 5:30-44, 5:47-67, 6:30-34, 6:44-51, 6:55-59, 7:16-31, 7:39-67, 8:1-19, 9:18-65, 10:62-66,  Figs. 1-2, 4-13, 15-17, 20-22; Pros. Hist. (CAM00036-CAM00248) at Oct. 6, 2003 Office Action, p. 7 (CAM00116, regarding claims 21-24).

[5] *See, e.g.,* by way of example but not limitation, 2:31-33, 6:30-34, 6:44-55, 7:13-17, 7:21-23, 7:28-31, 7:39-42, 7:58-64, 8:23-25, 9:1-5, 12:12-22, 13:22-29, Fig. 4; Pros. Hist. (CAM00036-CAM00248) at Oct. 6, 2003 Office Action, p. 7 (CAM00116, regarding claims 21-24).

12

gain and/or reduce reflection losses that would otherwise occur;[6]

       e.     *"semiconductor optical amplifier" & "SOA"*:   optical component formed of semiconductor material that is pumped to produce gain;[7]

       f.     *"formed using substantially the same vertical structures", "formed from substantially the same vertical structures", "formed substantially from the same vertical semiconductor material structure" & "formed from substantially the same vertical semiconductor structure"*: regions of a PIC in which the constituent crystalline material layers do not change substantially from one component to another (e.g., the laser array, waveguide(s), and/or the coupler(s)) along the direction of light propagation;[8]

       g.     *"gain of the active coupler", "gain of the coupler" & "wherein the coupler has a gain"*: an increase in light power due to amplification in the coupler;[9]

       h.     *"substantially all of the photonic integrated circuit"*:   the majority of the area of the PIC;

       i.     *"heater element" & "heating element(s)"*:   a device that generates heat, generally used to control the temperature of another device to thereby control the properties (e.g., refractive index, gain, etc.) and/or operation of that device;[10]

---

[6] *See, e.g.,* by way of example but not limitation, 1:11-12, 1:43-45, 1:49, 1:55-67, 2:1-3, 2:62-65, 5:18, 5:31-38, 5:43-44, 6:8-14, 6:59-62, 6:64-65, 7:13-15, 7:21-38, 7:62-64, 8:1-9, 8:48-51, 8:59-62.

[7] *See, e.g.,* by way of example but not limitation, 2:14-19, 5:39-44, 8:7-29, 9:43-45, 10:41-42, 10:45-46, 11:49-52.

[8] *See, e.g.,* by way of example but not limitation, 2:31-33, 6:51-55, 7:13-17, 9:1-5, 12:12-22, 13:22-29, Fig. 4.

[9] *See, e.g.,* by way of example but not limitation, 5:38, 5:49, 6:61, 7:62-64, 8:7-29, 9:43-45, 11:49-52, 13:43-45;.

[10] *See, e.g.,* by way of example but not limitation, 12:39-63, Figs. 25-27.

4842-7489-6399.1

j.      *"mitigate reflection of light"*:  a reduction in the amount of light reflected back into a photonic integrated circuit at the interface between different materials;[11] and

k.      *"wherein at least one portion of the photonic integrated circuit"*:  at least a single device or component, such as a waveguide, comprising a photonic integrated circuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Executed this 7th day of May, 2012 in Salt Lake City, Utah.


By: /s/Steve M. Blair
Steven M. Blair, Ph.D.

---

[11] *See, e.g.,* by way of example but not limitation, 4:24-29, 6:63-7:2, 7:5-13, 8:59-62, 10:23-31. 10:41-11:11.

14

# EXHIBIT A

Steve Blair's Vita       *March 12, 2012*                                    1

University of Utah
Department of Electrical and Computer Engineering
50 S. Central Campus Drive, Room 3280
Salt Lake City, UT 84112-9206
v: (801) 585-6157      fax: (801) 581-5281
e-mail: blair@ece.utah.edu
http://photonics.ece.utah.edu/

## Education

| | |
|---|---|
| May 1998 | Ph.D. Electrical Engineering, University of Colorado at Boulder |
| | Thesis: Optical Soliton-Based Logic Gates |
| June 1993 | MS Applied Optics, Rose-Hulman Institute of Technology |
| | Thesis: Photochromic Methyl Violet as a Holographic Medium |
| June 1991 | BS Computer Engineering/Applied Optics |
| | Rose-Hulman Institute of Technology |

## Positions

| | |
|---|---|
| 7/05-present | Associate Professor, Electrical and Computer Engineering |
| | University of Utah |
| 2005-present | Director, Center for Microarray Technology |
| 10/08-present | Adjunct Professor, Materials Science & Engineering |
| 3/02-present | Adjunct Professor, Physics |
| 11/00-present | Adjunct Professor, Bioengineering |
| 9/98-6/05 | Assistant Professor, Electrical and Computer Engineering |
| | University of Utah |
| 5/98-9/98 | Postdoctoral Researcher |
| | University of Colorado at Boulder |
| 8/92-5/98 | Graduate Research Assistant |
| | University of Colorado at Boulder |
| 8/91-8/92 | Graduate Research Assistant |
| | Rose-Hulman Institute of Technology |

Steve Blair's Service          *March 12, 2012*                                    2

## Department/University Service

| | |
|---|---|
| 1998-2005 | ECE Graduate Admissions Committee |
| | Designed graduate recruiting poster, 1999 |
| | Developed combined BS/ME/MS degree program, 2000 |
| | Director, combined BS/ME/MS degree program, 2000 - 2005 |
| | Organized annual graduate student open house, 2003 - 2004 |
| | Developed new PhD qualifying exam procedure, 2004 |
| | Developed new PhD comprehensive exam procedure, 2005 |
| 1999 | Attended "Photonics Education 2000" workshop, Boston University, Oct. |
| 2001-2007 | IGERT Meso-, Micro-, and Nano- (MMN) Scale Thermalfluid Systems |
| | Faculty advisor |
| | Facilities/equipment committee |
| 2006-present | Director, Engineering Clinic Program (www.ece.utah.edu/clinic/) |
| | Incorporated Mechanical Engineering (starting 2011) |
| | Converted program to three-semester format (starting 2010) |
| | Organizing Committee 2012 Capstone Design Conference |
| | Attended 2010 Capstone Design Conference (www.capstoneconf.org) |
| | Organized www.capstonedesignhub.org |
| | Clinic projects laboratory, dedicated instrumentation |
| 2006-2007 | Member, Technology Review Board, Univ. of Utah |
| 2006-present | Member, Microfab Executive Committee, Univ. of Utah |
| 2007-2010 | USTAR Nanofabrication and Characterization Facilty planning committee |
| 2007-2008 | Solid state search committee |
| 2008-2009 | Department Chair search committee |
| 2008- | USTAR microsystems integration cluster search committee |
| 2008-2009 | Community Engagement committee |
| 2009 | NanoUtah conference committee |
| 2009-2012 | E&M search committee |
| 2009- | IGERT Nanobiosensors, Nanomaterials, and Microfluidics |
| | Faculty advisor |
| | Curriculum/outreach committee |

Steve Blair's Service        *March 12, 2012*                                    3

| | |
|---|---|
| October 5, 2010 | "Energy" lecture to E-leap students |
| 2011- | Chair, ECE Marketing committee |
| May 11, 2011 | Workshop on Equipment Funding Opportunities (with Dawn Thorne, Cindy Furse, Jerry Kaplan) |
| 2011- | CEMRI Next-generation materials for plasmonics and spintronics |
| | IRG1 Focus Group UV Plasmonics |
| 2000-2001 | Top 15% Instructor, College of Engineering, awarded twice |

**Professional Service**

| | |
|---|---|
| reviewer | Nature *et. al*, Science, Optics Letters, Optics Express, Analytical Chemistry, Physical Review, NSF *ad hoc*, ARO *ad hoc*, NRC (Canada) |
| 1991-present | Member IEEE |
| | Exhibits Chair, TPC, Antennas and Propagation Society 2000 Annual Meeting |
| 1995-present | Member Optical Society of America |
| | co-editor (with Ajay Nahata) Optics Express focus issue on "Extraordinary light transmission through sub-wavelength structured surfaces," Vol. 12, No. 16, 2004 |
| | Program Committee, 2nd Annual Topical Meeting on Nanophotonics, Uncasville, CT, April 26-28, 2006. |
| | Session Chair, "Photonic Crystals and Periodic Nanomaterials," NLO, July 13-17, 2009. |
| | Senior Member, 2011 |
| 1999 | NSF review panel, ECS wireless communications |
| 1999-present | Member SPIE |
| | Program Committee, Novel Micro- and Nanotechnologies for Bioengineering Applications, San Jose, CA. January 19-25, 2002. |
| | Program Committee, Micro (MEMS) and Nanotechnologies for Space, Defense, and Security, Orlando, Fl., March 16-20, 2008. |
| | Program Committee, Micro- and Nanotechnology Sensors, Systems and Applications, Orlando, Fl., April 13-17, 2009. |
| | Program Committee, Micro- and Nanotechnology Sensors, Systems and Applications II, Orlando, Fl., April 5-9, 2010; organized "Nanophotonics" session. |

Steve Blair's Service        *March 12, 2012*                                    4

|  | Program Committee, Micro- and Nanotechnology Sensors, Systems and Applications III, Orlando, Fl., April 25-29, 2011; organized "Nanophotonics" session. |
|---|---|
| 2002 | Organizing Committee, The Sixth International Conference on Electrical Transport and Optical Properties of Inhomogeneous Media, held July 15-19, 2002 |
|  | Organized mini-symposium on metallic photonic crystals and left-handed media |
| Feb 11-13, 2004 | Nano-electronics, -magnetics, and -photonics Grand Challenge Workshop (part of NNI), Chaired sessions on Acquisition, co-authored Workshop report on nanoscale acquisition. |
| April 3, 2004 | Participated on advisory panel to Rocky Anderson, Mayor SLC on the UTOPIA fiber to the home project. |
| Summer, 2005 | General Chair, "3rd Symposium on Photonics, Networking and Computing," part of the 8th Joint Conference on Information Sciences, July 21-26, Salt Lake City, UT. |
| Dec. 12, 2005 | External PhD examiner for Mr. Philip Chak, U. Toronto Physics. |
| Jan. 11-12, 2007 | NSF Workshop on Nanoscale Science and Engineering Education, Washington, DC. |
| 2007 - present | Associate Editor, Advances in Optical Technology |
|  | My duties involve handling paper reviews and providing advice on special issues. |
| Summer, 2007 | General Chair, "5th Symposium on Photonics, Networking and Computing," part of the 10th Joint Conference on Information Sciences, July 17-19, Salt Lake City, UT. |
| Oct. 29-31, 2007 | NSF International Research and Education in Engineering, Purdue. |
| Jan. 14-15, 2008 | NSF Review Panel, EPDT program. |
| Nov. 5-6, 2008 | NSF Global Engineering Summit, Newport, RI. |
| Nov. 9-10, 2009 | NIH Review Panel. ZRG1 IMST-G study section |
| Aug. 2010 - present | Moderator, arXiv physics.optics |
| May 2011 | Submitted (unsuccessful) competitive bid to host Surface Plasmon Photonics (SPP6) in SLC (with Nahata, *et al.*) |

Steve Blair's Service        *March 12, 2012*                                    5

### Community Service and Outreach

| | |
|---|---|
| April 3, 2004 | Participated on advisory panel to Rocky Anderson, Mayor SLC on the UTOPIA fiber to the home project. |
| Dec, 2011 | Advised 6th grade science curriculum (heat, light & sound), taught class on "Jell-O optics," Canyon View Elementary, Mrs. Cathryn Sunderland. |
| March 8, 2012 | Presented optics workshop to 6th grade Hispanic class, MRSEC outreach activity. |

### Consulting

| | |
|---|---|
| 2000-2005 | IPG Inc., Salt Lake City. I periodically provided services as an expert for litigation/patent infringement involving the optical communications industry. |
| 2001-2003 | Phiar Corp., startup, Boulder, CO. I assisted with modeling/analysis of nanophotonic devices. |
| 2002-2006 | ZEVEX International, medical device manufacturer, Salt Lake City. I was a member of their Technical Advisory Board. |
| 2007-2009 | Philotek, spin-off from U of U technology. |
| 2009-2010 | Patent infringement case - medical screening/diagnostics. |
| 2011- | Axon Optics, spin-off from U of U technology. |
| 2011- | Patent infringement case - telecom devices |

Steve Blair's Publications      *March 12, 2012*                                    6

# Book Chapters

1. Steve Blair, "Spatial solitary waves and nonlinear k-space," in Soliton Driven Photonics, A. D. Boardman and A. P Sukhorukov (Eds.). Kluwer, p. 245-249 (2001)

2. S. Blair and K. Wagner, "Gated Logic with Optical Solitons," in Collision-Based Computing, A. Adamatzky (Ed.). Springer-Verlag, p. 355-380 (2002)

3. S. Blair and J. Wenger, "Enhancing fluorescence with sub-wavelength metallic apertures," in The Role of Plasmonic Engineering in Surface-Enhanced Fluorescence, edited by C. Geddes. John Wiley & Sons (2008)

4. S. Blair, L. Williams, J. Bishop, and A. Chagovetz, "Microarray temperature optimization using hybridization kinetics," in DNA Microarrays for Biomedical Research: Methods and Protocols (Methods in Molecular Biology 529), edited by M. Dufva, Humana Press (2009)

# Journal Publications

1. C. Joenathan, S. Blair, and A. R. Ganesan, "Pulsed lasers in speckle photography: error owing to pulse width," Applied Optics **32**, p. 204-209 (1993)

2. S. Blair, K. Wagner, and R. McLeod, "Asymmetric spatial soliton dragging," Optics Letters **19**, p. 1943-1945 (1994)

3. R. McLeod, K. Wagner, and S. Blair, "(3+1)-dimensional optical soliton dragging logic," Physical Review A **52**, p. 3254-3278 (1995)

4. S. Blair, K. Wagner, and R. McLeod, "Material figures-of-merit for spatial soliton interactions in the presence of absorption," Journal of the Optical Society of America B **13**, p. 2141-2153 (1996)

5. M. J. Ablowitz, G. Biondini, and S. Blair, "Multi-dimensional pulse propagation in non-resonant $\chi^2$ materials", Physics Letters A **236**, p. 520-524 (1997)

6. S. Blair and K. Wagner, "Propagation of (2+1)-D spatio-temporal solitary waves including higher-order corrections," Optical and Quantum Electronics **30**, p. 697-737 (1998)

7. R. McLeod, S. Blair, and K. Wagner, "Variational approach to orthogonally-polarized optical soliton interaction with cubic and quintic nonlinearities," Physica Scripta **59**, p. 365-373 (1998)

8. S. Blair and K. Wagner, "Spatial soliton angular deflection logic gates," Applied Optics **38**, p. 6749-6772 (1999)

9. S. Blair, "Non-paraxial 1-D spatial solitons," Chaos **10**, p. 570-583 (2000)

10. M. Ablowitz, G. Biondini, and S. Blair, "Localized multi-dimensional optical pulses in non-resonant quadratic materials," Mathematics and Computers in Simulation **56**, p. 511-519 (2000)

11. S. Blair and K. Wagner, "Cascadable spatial soliton logic gates," Applied Optics **39**, p. 6006-6018 (2000)

12. S. Blair and Y. Chen, "Resonant-enhanced evanescent-wave fluorescence biosensing using cylindrical optical cavities," Applied Optics **40**, p. 570-582 (2001)

13. M. Ablowitz, G. Biondini, and S. Blair, "Nonlinear Schroedinger equations with mean terms in non-resonant multi-dimensional quadratic materials," Physical Review E **63**, 046605 (2001)

14. S. Blair, "Anomalous loss scaling in periodically absorbing media," Journal of the Optical Society of America B, **18**, p. 1943-1948 (2001)

15. S. Blair, J. Heebner, and R. W. Boyd, "Beyond the absorption-limited nonlinear phase shift with micro-ring resonators," Optics Letters, **27**, p. 357-359 (2002)

16. S. Blair, "Nonlinear sensitivity enhancement using 1-D photonic bandgap microcavity arrays," Optics Letters **27**, p. 613-615 (2002)

17. Yongdong Liu and Steve Blair, "Fluorescence enhancement from an array of sub-wavelength metal apertures," Optics Letters, **28**, p. 507-509 (2003)

18. Steve Blair, "Self-focusing of narrow 1-D beams in photonic microcavity arrays," Journal of the Optical Society of America B **20**, p. 1520-1526 (2003)

19. Yan Chen, Geeta Pasrija, Behrouz Farhang-Boroujeny, and Steve Blair, "Engineering the nonlinear phase shift," Optics Letters **28**, p. 1945-1947 (2003)

20. Yan Chen and Steve Blair, "Nonlinear phase shift of cascaded microring resonators," Journal of the Optical Society of America B **20**, p. 2125-2132 (2003)

21. Yan Chen and Steve Blair, "Nonlinearity enhancement in finite coupled-resonator slow-light waveguides," Optics Express **12**, p. 3353-3366 (2004)

22. Yongdong Liu and Steve Blair, "Fluorescence transmission through 1-D and 2-D periodic metal films," Optics Express **12**, p. 3686-3693 (2004)

23. Yongdong Liu, Justin Bishop, Layne Williams, Steve Blair, and Jim Herron, "Biosensing based upon molecular confinement in metallic nanocavity arrays," Nanotechnology **15**, p. 1368-1374 (2004)

24. Marc Airola, Yondgong Liu, and Steve Blair, "Second-harmonic generation from an array of sub-wavelength metal apertures," Journal of Optics A: Pure and Applied Optics **7**, p. S118-S123 (2005)

25. Yan Chen, Geeta Pasrija, Behrouz Farhang-Boroujeny, and Steve Blair, "Engineering the nonlinear phase shift with multi-stage autoregressive moving average optical filters," Applied Optics **13**, p. 2564-2574 (2005)

26. Steve Blair, "Enhanced four-wave mixing via photonic bandgap coupled defect resonances," Optics Express **13**, p. 3836-3876 (2005)

27. Geeta Pasrija, Yan Chen, Behrouz Farhang-Boroujeny, and Steve Blair, "DSP approach to the design of nonlinear optical devices," EURASIP Journal on Applied Signal Processing **2005**, p. 1485-1497 (2005)
    **Winner of the JASP Best Paper Award for 2005.**

28. Yongdong Liu, Farhad Mahdavi, and Steve Blair, "Enhanced fluorescence transduction properties of metallic nanocavity arrays," IEEE Journal of Selected Topics in Quantum Electronics **11**, p. 778-784 (2005)

29. Steve Blair and Kuncheng Zheng, "Intensity-tunable group delay using stimulated Raman scattering in silicon slow-light waveguides," Optics Express **14**, 1064-1069 (2006)

30. Justin Bishop, Steve Blair, and Alex Chagovetz, "A competitive model of nucleic acid surface hybridization in the presence of point mutants," Biophysical Journal **90**, 831-840 (2006)

31. Steve Blair and Jeremy Goeckeritz, "Effect of vertical mode-matching on defect resonances in one-dimensional photonic crystal slabs," Journal of Lightwave Technology **24**, 1456-1461 (2006)

32. Justin Bishop, Alex Chagovetz, and Steve Blair, "Effects of fill fraction on the capture efficiency of nanoscale molecular transducers," Nanotechnology **17**, 2442-2448 (2006)

33. Steve Blair and Kuncheng Zheng, "Microresonator-enhanced Raman amplification," Journal of the Optical Society of America B **23**, 1117-1123 (2006)

34. Justin Bishop, Alex Chagovetz and Steve Blair, "Competitive displacement of DNA during surface hybridization," Biophysical Journal **92**, L10-L12 (2007)

35. Justin Bishop, Steve Blair, and Alex Chagovetz, "Convective flow effects on DNA biosensors," Biosensors and Bioelectronics **22**, 2192-2198 (2007)

36. Vishnupriya Govindan and Steve Blair, "Limitations on nonlinear pulse propagation in coupled-resonator slow-light waveguides," Optics Express **15**, 3922-3930 (2007)

37. Justin Bishop, Alex Chagovetz and Steve Blair, "Competitive displacement: A sensitive and selective method for the detection of unlabeled molecules," Optics Express **15**, 4390-4397 (2007)

38. Jeremy Goeckeritz and Steve Blair, "One-dimensional photonic crystal rib waveguides," Journal of Lightwave Technology **25**, 2435-2439 (2007)

Steve Blair's Publications    *March 12, 2012*                                              9

39. Liyong Diao and Steve Blair, "Optical bistability and multistability in 1-D photonic band gap structures," Journal of Optics A **9**, 972-981 (2007)

40. Farhad Mahdavi and Steve Blair, "Modeling fluorescence enhancement from metallic nanocavities," Plasmonics **2**, 129-141 (2007)

41. Tingjun Xu, Xiao-Jin Xiao, Steve Blair, and Guang-Ping Zhang, "Second-harmonic emission from sub-wavelength apertures: Effects of aperture symmetry and lattice arrangements," Optics Express **15**, 13894-13906 (2007)

42. D. Gerard, J. Wenger, N. Bonod, E. Popov, H. Rigneault, F. Mahdavi, S. Blair, J. Dintinger and T. W. Ebbesen, "Nanoaperture-enhanced fluorescence: Towards higher detection rates with plasmonic metals," Physical Review B **77**, 045413 (2008)

43. Justin Bishop, Alex Chagovetz, and Steve Blair, "Kinetics of multiplex hybridization: Mechanisms and implications," Biophysical Journal **94**, 1726-1734 (2008)

44. Vishnupriya Govindan and Steve Blair, "Nonlinear pulse interaction in microresonator slow-light waveguides," Journal of the Optical Society of America B **25**, C23-C30 (2008)

45. Vishnupriya Govindan and Steve Blair, "Analysis of optical ARMA architectures in the slow-light regime," Journal of the Optical Society of America B **25**, C116-C126 (2008)

46. Layne Williams, Murat Okandan, and Steve Blair, "Design and characterization of a microheater array device fabricated with SwIFT-Lite," Journal of Micro/Nanolithography, MEMS, and MOEMS **7**, 043035 (2008)

47. Jerome Wenger, Davy Gerard, Heykel Aouani, Herve Rigneault, Bryan Lowder, Steve Blair, Eloise Devaux, and Thomas W. Ebbesen, "Nanoaperture-enhanced signal to noise ratio in fluorescence correlation spectroscopy," Analytical Chemistry **81**, 834-839 (2009)

48. Xiaojin Jiao, Jeremy Goeckeritz, Steve Blair, and Mark Oldham, "Localization of near-field resonances in bow-tie antennae: influence of adhesion layers," Plasmonics **4**, 37-50 (2009)

49. Alexander Chagovetz and Steve Blair, "Real-time DNA microarrays: reality check," Biochemical Society Transactions **37**, 471-475 (2009)

50. Gaurav Saini, Richard Gates, Matthew C. Asplund, Steve Blair, Sachin Attavar, and Matthew R. Linford, "Directing polyallylamine absorption on microlens array patterned silicon for microarray fabrication," Lab on a Chip **9**, 1789-1796 (2009)

51. Heykel Aouani, Jerome Wenger, Davy Gerard, Herve Rigneault, Eloise Devaux, Thomas W. Ebbesen, Farhad Mahdavi, Tingjun Xu, and Steve Blair, "Crucial role of the adhesion layer on the plasmonic fluorescence enhancement," ACS Nano **3**, 2043-2048 (2009) **ACS Nano Highlighted Article.**

Steve Blair's Publications     *March 12, 2012*                                          10

52. Tingjun Xu, Xiaojin Jiao, and Steve Blair, "Third-harmonic generation from arrays of sub-wavelength metal apertures," Optics Express **17**, 23582-23588 (2009)

53. Mohit Diwekar, Steve Blair, and Mark Davis, "Increased light gathering capacity of sub-wavelength conical metallic apertures," Journal of Nanophotonics **4**, 043504 (2010)

54. Farhad Mahdavi and Steve Blair, "Nanoaperture fluorescence enhancement in the ultraviolet," Plasmonics **5**, 169-174 (2010)

55. Yinni Yu, Steve Blair, David Gillespie, Randy Jensen, David Myszka, Ahmed H. Badran, Indraneel Ghosh, and Alexander Chagovetz, "Direct DNA methylation profiling using methyl binding domain proteins," Analytical Chemistry **82**, 5012-5019 (2010)

56. Sachin Attavar, Mohit Diwekar, Matthew R. Linford, Mark Davis, and Steve Blair, "Passivation of aluminum with alkyl phosphonic acids for biochip applications," Applied Surface Science **256**, 7146-7150 (2010)

57. Steve McDaniel and Steve Blair, "Increased OLED radiative efficiency using a directive optical antenna," Optics Express **18**, 17477-17483 (2010)

58. Jeremy Goeckeritz and Steve Blair, "Optical characterization of coupled resonator slow-light rib waveguides," Optics Express **18**, 18190-18199 (2010)

59. Layne Williams, Steve Blair, Alexander Chagovetz, Daniel J. Fish and Albert S. Benight, "The paradox of multiplex DNA melting on a surface," Analytical Biochemistry **409**, 150-152 (2011)

60. Sachin Attavar, Mohit Diwekar, and Steve Blair, "Photoactivated capture molecule immobilization in plasmonic nanoapertures in the ultraviolet," Lab on a Chip **11**, 841-844 (2011)

61. Mingfang Yi, Douguo Zhang, Pei Wang, Xiaojin Jiao, Steve Blair, Xiaolei Wen, Qiang Fu, Yonghua Lu and Hai Ming, "Plasmonic interaction between silver nano-cubes and a silver ground plane studied by surface-enhanced Raman scattering," Plasmonics **6**, 515-519 (2011)

62. James R. Nagel, Steve Blair, and Michael A. Scarpulla, "Exact field solution to guided wave propagation in lossy thin films," Optics Express **19**, 20159-20171 (2011)

63. Jonghwa Jeong, Debra Mascaro, and Steve Blair, "Precise pixel patterning of small molecule organic light-emitting devices by spin casting," Organic Electronics **12**, 2095-2102 (2011)

64. Xiaojin Jiao and Steve Blair, "Polarization multiplexed optical bullseye antennas," Plasmonics **7**, 39-46 (2012)

Steve Blair's Publications       *March 12, 2012*                                    11

# Invited Presentations

1. S. Blair and K. Wagner, "Higher-order evolution equation for vectorial spatio-temporal optical solitary waves," SIAM *Mathematical and Numerical Aspects of Wave Propagation*, Golden, CO, June 1998.

2. S. Blair and K. Wagner, "All-Optical Switching by Spatial Solitons," Physics of Quantum Electronics, Snowbird, UT, Jan. 1999.

3. S. Blair, "Space-time nonlinear optics and propagation in the non-paraxial, non-slowly-varying-envelope regimes," IMACS Conference on *Nonlinear evolution equations and wave phenomena: computation and theory*, Athens, GA, April 1999.

4. S. Blair, "Optical microcavity biosensors," Physics of Quantum Electronics Annual Meeting, Snowbird, UT, Jan. 2001.

5. S. Blair, Y. Chen, G. Pasrija, and B. Farhang-Boroujeny, "Engineering the nonlinear phase shift with artificial resonances," Physics of Quantum Electronics, Snowbird, UT, Jan. 2003.

6. S. Blair and Y. Liu, "Light transmission through nanostructured metal films," Physics of Quantum Electronics, Snowbird, UT, Jan. 2004.

7. S. Blair and Y. Chen, "Optical nonlinearities in multi-resonator systems," *WGM Microcavities* IEEE LEOS Summer Topicals, San Diego, CA, June 2004.

8. S. Blair, Y. Liu, and M. Airola, "Molecular detection and nonlinear optics with metallic nanocavities," Physics of Quantum Electronics, Snowbird, UT, Jan. 2005.

9. S. Blair, "Slow-light nonlinear optics in microresonators," *Mathematical Modeling of Novel Optical Materials and Devices*, AMS-IMS-SIAM Joint Summer Research Conference in the Mathematical Sciences, Snowbird, UT, June 2005.

10. S. Blair, Y. Chen, and K. Zheng, "Nonlinear optics in slow-light waveguide structures," Integrated Photonics Research and Applications, San Diego, CA, April 2005.

11. S. Blair, V. Govindan, and K. Zheng, "Nonlinear optical phenomena in coupled-resonator slow-light systems," Photonics North *Nonlinear Optics*, Toronto, Canada, September 2005.

12. S. Blair, "Nonlinear optics of sub-wavelength apertures," 17th International Laser Physics Workshop, Modern Trends in Laser Physics presentation 1.2.2, Trondheim, Norway, June 30, 2008.

13. S. Blair, "Surface-enhanced fluorescence substrates," Molecular Plasmonics 2009, Jena, Germany, May 14, 2009

14. S. Blair, "Real-time microarrays - The path to quantitation?," Microarray World Congress, San Francisco, August 6, 2009

15. S. Blair, "Enhanced fluorescence sensing with nano-apertures," Photonics West *Integrated Optics: Devices, Materials, and Technologies XIV* 7604-35, San Francisco, Jan. 27, 2010

16. J. Wenger, H. Aouani, D. Gerard, S. Blair, T. Ebbesen, and H. Rigneault, "Enhanced fluorescence from metal nanoapertures: physical characterization and biophotonic applications," Photonics West *Plasmonics in Biology and Medicine VII* 7577-19, San Francisco, Jan. 28, 2010

17. S. Blair, "Recent progress with real-time microarrays," Microarray World Congress, San Diego, October 28, 2010

18. S. Blair, "Molecular sensing with plasmonic nanoapertures," Pacifichem, Honolulu, December 16, 2010

19. S. Blair, "Recent progress with real-time microarrays," Advances in Microarray Technology, Hamburg, June 30 - July 1, 2011

20. (keynote) S. Blair, "Real-time microarrays - The path to quantitation?," Microarray World Congress, San Francisco, September 29, 2011

## Conference Proceedings

1. C. Eichelberger, S. Blair, and B. M. Khorana, "Machine vision system for ore sizing," *Applications of Optical Engineering: OE/Midwest* Proceedings of the SPIE **1396**, p. 678-687 (1990)

2. A. Siahmakoun, S. Blair, and M. Weiss, "Optical neural networks: an implementation," *Applications of Optical Engineering: OE/Midwest* Proceedings of the SPIE **1396**, p. 190-192 (1990)

3. S. Blair, A. Siahmakoun, and B. Allison, "Self-referenced holographic interferometer in a rigid dye solution," *Optical Design and Processing Technologies and Applications* Proceedings of the SPIE **1779**, p. 186-191 (1992)

4. S. Blair and A. Siahmakoun, "Photochromic methyl violet polymer film for HeNe recording," in *Organic Thin Films for Photonic Applications* **17** OSA Technical Digest Series (Optical Society of America, Washington DC, 1993), p. 159-162

5. T. Huang, S. Weaver, S. Blair, and K. Wagner, "Photoanisotropic organic volume holograms for spatial light modulators," in *Spatial Light Modulators and Applications* **6**, OSA Technical Digest Series (Optical Society of America, Washington DC, 1993), p. 214-217

6. R. McLeod, S. Blair, and K. Wagner, "Asymmetric light bullet dragging logic," Proceedings of the International Conference on Optical Computing, p. 657-660 (1995)

7. S. Blair, K. Wagner, and R. McLeod, "Orthogonally-polarized soliton interactions for all-optical logic," in *Nonlinear Guided Waves & Their Applications* 6, OSA Technical Digest Series (Optical Society of America, Washington DC, 1995), p. 79-80

8. R. McLeod, K. Wagner, and S. Blair, "Collision of stable spatio-temporal solitons," in *Nonlinear Guided Waves & Their Applications* 6, OSA Technical Digest Series (Optical Society of America, Washington DC, 1995), p. 88-90

9. S. Blair, K. Wagner, and R. McLeod, "(2+1)-D spatio-temporal solitary-wave dragging," in *Nonlinear Optics: Materials, Fundamentals, and Applications* 11, OSA Technical Digest Series (Optical Society of America, Washington DC, 1996), p. 482-484

10. A. Sarto, K. Wagner, R. Weverka, S. Blair, and S. Weaver, "Photorefractive phased array antenna beam-forming processor," *Radar Processing, Technology, and Applications* Proceedings of the SPIE **2845**, p. 307-319 (1996)

11. S. Blair and K. Wagner, "Nonlinear spatio-temporal propagation of (2+1)-D solitary waves," in *Ultrafast Electronics and Optoelectronics* OSA Technical Digest (Optical Society of America, Washington DC, 1997), p. 80-82

12. S. Blair and K. Wagner, "Generalized higher-order nonlinear evolution equation for multi-dimensional spatio-temporal propagation," *Nonlinear Guided Waves & Their Applications* 5, OSA Technical Digest Series (Optical Society of America, Washington DC, 1998), p. 110-112

13. S. Blair and K. Wagner, "Higher-order evolution equation for vectorial spatio-temporal optical solitary waves," SIAM *Mathematical and Numerical Aspects of Wave Propagation*, p. 141-144 (1998)

14. K. Wagner, R. McLeod, R. Weverka, and S. Blair, "Fourier treatment of nonlinear optics," in *Nonlinear Optics: Materials, Fundamentals, and Applications*, OSA Technical Digest (Optical Society of America, Washington DC, 1998) p. 78-80

15. M. Ablowitz, G. Biondini, and S. Blair, "Multi-dimensional localized optical pulses in non-resonant quadratic materials," in *Nonlinear Optics: Materials, Fundamentals, and Applications*, OSA Technical Digest (Optical Society of America, Washington DC, 1998) p. 162-164

16. S. Blair and K. Wagner, "Cascadable optical logic," in *Ultrafast Electronics and Optics*, OSA Technical Digest (Optical Society of America, Washington DC, 1999), p. 80-82

17. S. Blair, "Anomalous absorption in 1-D metallic-dielectric photonic bandgaps," IEEE Antennas and Progagation Society International Symposium Digest **1**, p. 358-361 (2000)

18. S. Blair and Y. Chen, "Biosensing with optical microcavities," in *Biomedical instrumentation based on micro- and nanotechnology* Proceedings of the SPIE **4265**, p. 125-133 (2001)

19. M. Airola, S. Blair, Y. Chen, J. Davis, and L. Williams, "Resonant cavity optical biosensors for the detection of nucleic acid hybridization," in *Clinical Diagnostic Systems: Technologies and Instrumentation* Proceedings of the SPIE **4625**, p. 29-37 (2002)

20. L. Williams, Y. Chen, and S. Blair "An integrated optical/microfluidic platform for affinity biosensing," *Biomedical Nanotechnology Architectures and Applications* Proceedings of the SPIE **4626**, p. 403-410 (2002)

21. Y. Chen and S. Blair, "Ring resonators as nonlinear phase-shifting elements," in *Laser Resonators and Beam Control V* Proceedings of the SPIE **4629**, p. 125-133 (2002)

22. S. Blair, Y. Liu, B. Yellempalle, and K. Wagner, "Nonlinear phase shift of photonic microcavity arrays," in OSA *Trends in Optics and Photonics* **73** *Conference on Lasers and Electro-Optics*, OSA Technical Digest (Optical Society of America, Washington DC, 2002). p. 240-241

23. Y. Chen and S. Blair, "Towards a better nonlinear phase shifting element," in OSA *Trends in Optics and Photonics* **79** *Nonlinear Optics*, OSA Technical Digest (Optical Society of America, Washington DC, 2002), p. 37-39

24. Y. Chen, B. Yang, G. Pasrija, and S. Blair, "Engineering the nonlinear phase shift," in OSA *Trends in Optics and Photonics* **80** *Nonlinear Guided Waves and Their Applicatons*, OSA Technical Digest (Optical Society of America, Washington DC, 2002) NLMD36

25. B. Yellempalle, K. Wagner, and S. Blair, "Anti-guide assisted spatial soliton logic gate," in OSA *Trends in Optics and Photonics* **80** *Nonlinear Guided Waves and Their Applicatons*, OSA Technical Digest (Optical Society of America, Washington DC, 2002) NLTuD29

26. L. Williams and S. Blair, "Real-time DNA biosensor using passive microfluidic structures," *Microfluidics and BioMEMS II* Proceedings of the SPIE **4982**, p. 156-161 (2003)

27. I. Harvey, M. Miller, S. Blair, T. Ameel, B. Gale, and T. Ring, "Building academic, research, and commercialization programs in micro and nano science and engineering at the University of Utah," Proceedings of the 15th Biennial University, Government, and Industry Microelectronics Symposium, p. 33-35 (2003)

28. Y. Liu and S. Blair, "Enhanced biosensing using an array of metallic nanoapertures," Proceedings of the 15th Biennial University, Government, and Industry Microelectronics Symposium, p. 207-212 (2003)

29. L. Williams, J. Bishop, S. Blair, D. Peters, and M. Okandan, "Toward a disposable real-time DNA biosensing platform," *Microfluidics, BioMEMS, and Medical Microsystems II* Proceedings of SPIE **5345**, 61-67 (2004)

30. Y. Liu and S. Blair, "Biosensing based upon molecular confinement in metallicnanocavity arrays," *Biophotonics* 2004 Digest of the LEOS Summer Topical Meetings, p. 31-32

31. S. Blair and Y. Chen, "Optical nonlinearities in multi-resonator systems," *WGM Microcavities* 2004 Digest of the LEOS Summer Topical Meetings, p. 67-68

32. Y. Liu and S. Blair, "Biosensing based upon molecular confinement in metallic nanocavity arrays," *Plasmonics in Biology and Medicine* Proceedings of the SPIE **5703**, 99-106 (2005)

33. M. Airola and S. Blair, "Second-harmonic generation from an array of sub-wavelength metal apertures," *Nano-Manipulation with Light* Proceedings of the SPIE **5736**, 81-86 (2005)

34. Y. Chen, Y. Liu, and S. Blair, "Enhancing the optical nonlinearity by 1-D thin-film photonic crystals with Kerr defect cavities," *Photonic Crystal Materials and Devices III* Proceedings of the SPIE **5733**, 74-83 (2005)

35. S. Blair and Y. Liu, "Biosensing based upon molecular confinment in metallic nanocavity arrays," *Nanophotonics for Information Systems* Integrated Photonics Research NWA6, San Diego, CA, (2005)

36. S. Blair and Y. Liu, "Enhancement of molecular fluorescence by metallic nanocavities," *Plasmonics: Metallic nanostructures and their optical properties III*, Proceedings of the SPIE **5927**, 18-22 (2005)

37. S. Blair, J. Bishop, and A. Chagovetz, "Mass transport effects on real-time nucleic acid microarrays," *Photonic Applications in Biosensing and Imaging* Proceedings of the SPIE **5969**, 225-233 (2005)

38. J. Bishop, S. Blair, and A. Chagovetz,"Theoretical limitations on sensing selectivity in nucleic acid microarrays," *Advanced Biomedical and Clinical Diagnostic Systems IV* Proceedings of the SPIE **6080**, 182-187 (2006)

39. K. Zheng, V. Govindan, and S. Blair, "Microresonator-enhanced four-wave mixing," *Nonlinear Frequency Generation and Conversion: Materials, Devices, and Applications V* Proceedings of the SPIE **6103**, 133-143 (2006)

40. J. Bishop, C. Wilson, A. M. Chagovetz, and S. Blair, "Real-time optical detection of competitive surface hybridization on microarrays," *Advanced Biomedical and Clinical Diagnostic Systems IV* Proceedings of the SPIE **6430**, 643002 (2007)

41. L. Williams, M. Okandan, A. Chagovetz, and S. Blair, "Development and characterization of a microheater array device for real-time DNA mutation detection," *Microfluidics, BioMEMS, and Medical Microsystems VI* Proceedings of the SPIE **6886**, 68860k (2008)

42. V. Govindan and S. Blair, "Analysis of CROW, SCISSOR, and REMZI architectures in the slow-light regime," *COTA/ICQI/IPNRA/SL on CD-ROM* (The Optical Society, Washington, DC, 2008), STuB5.

43. V. Govindan and S. Blair, "Four-wave mixing in slow light waveguides," *IPNRA/NLO/SL on CD-ROM* (The Optical Society, Washington, DC, 2009), JWB3.

44. X. Jiao, T. Xu, and S. Blair, "Influence of hole size and adhesion layers on third-harmonic generation from sub-wavelength apertures," *IPNRA/NLO/SL on CD-ROM* (The Optical Society, Washington, DC, 2009), PDNMD1 (postdeadline paper).

45. M. Diwekar, S. Attavar, S. Blair, M. Davis, and E. Gardner, "Enhanced fluorescence sensing with nano-apertures," *Integrated Optics: Devices, Materials, and Technologies XIV* Proceedings of the SPIE **7604**, 760410 (2010)

46. J. Wenger, H. Aouani, D. Gerard, S. Blair, T. Ebbesen, and H. Rigneault, "Enhanced fluorescence from metal nanoapertures: physical characterization and biophotonic applications," *Plasmonics in Biology and Medicine VII* Proceedings of the SPIE **7577** 75770J (2010)

47. J. Goeckeritz and S. Blair, "Slow light in coupled resonator large cross-section rib waveguides," in *Integrated Photonics Research, Silicon and Nano Photonics (IPR)/Photonics in Switching (PS)* (Optical Society of America, Washington, DC, 2010), IWC4

48. C. Condrat, P. Kalla and S. Blair, "Exploring Design and Synthesis in Optical Digital Logic," in *Proceeding of the International Workshop on Logic and Synthesis (IWLS) 2010.*

49. C. Condrat, P. Kalla, S. Blair, "Logic Synthesis for Integrated Optics," in *Proceedings of the ACM Great Lakes Symposium on VLSI (GLS-VLSI) 2011*, pp. 13 - 18.

50. J. R. Nagel, S. Blair, and M. A. Scarpulla, "Exact field solution to guided wave propagation in lossy thin films," *Physics, Simulation, and Photonic Engineering of Photovoltaic Devices* Proceedings of the SPIE **8256**, 825606 (2012)

51. G. A. Clark, S. L. Schister, N. M. Ledbetter, D. J. Warren, F. Solzbacher, J. D. Wells, M. D. Keller, S. Blair, L. W. Rieth, and P. R. Tathireddy, "Selective, high-optrode-count, artifact-free stimulation with infrared light via intrafascicular Utah slanted optrode arrays," *Photonic Therapeutics and Diagnostics VIII* Proceedings of the SPIE **8207**, 82075I (2012)

52. T. V. F. Abaya, M. Diwekar, S. Blair, P. Tathireddy, L. Rieth, G. A. Clark, and F. Solzbacher, "Optical characterization of the Utah slant optrode array for intrafascicular infrared neural stimulation," *Photonic Therapeutics and Diagnostics VIII* Proceedings of the SPIE **8207**, 82075M (2012)

## Other Conference Presentations (based on short abstracts)

Steve Blair's Publications      *March 12, 2012*                                17

1. C. Eichelberger, S. Blair, E. Krumpholtz, and B. M. Khorana, "Image processing using Imaging Technology Series 151 hardware," SPIE Optical Engineering Midwest, Chicago IL, November 1989.

2. S. Blair, E. Krumpholtz, and B. M. Khorana, "Mach-Zehnder interferometric fiber optic sensor," SPIE Optical Engineering Midwest, Chicago IL, November 1989.

3. S. Blair and A. Siahmakoun, "Image processing using the photorefractive effect," Butler University Undergraduate Research Conference, Indianapolis IN, February 1991.

4. S. Blair and K. Wagner, "Spatio-temporal solitary waves for optical logic," OSA Annual Meeting/ILS-XIII, Long Beach, CA, October, 1997.

5. S. Blair, "Restoring logic with optical solitons," NATO ASI Meeting, Swinoujscie, Poland, Sept. 2000.

6. S. Blair, Y. Liu, and B. Yang, "Large nonlinear optical response of photonic microcavity arrays," Electrical Transport and Optical Properties of Inhomogeneous Materials, Salt Lake City UT, July 2002.

7. S. Blair and Y. Liu, "Applications of 2-D metallic PBG's: resonant optical biosensing," Workshop and EOS Topical Meeting *Two Dimensional Photonic Crystals*, Monte Verita, Ascona Switzerland, Aug. 2002

8. Y. Liu and S. Blair, "Fluorescence enhancement from a periodic array of sub-wavelength metallic cavities," Integrated Photonics Research Postdeadline Session, PDP5, Washington D.C., June 2003

9. Y. Liu and S. Blair, "Fluorescence enhancement from an array of metallic nanocavities," Surface Plasmon Optics, Granada Spain, Sept. 2003

10. S. Blair, Y. Chen, G. Pasrija, and B. Farhang-Boroujeny, "Digital filter design approach to optimizing nonlinear optical response in multiple resonator structures," Optical Society of America Annual Meeting, Paper MF4, Tucson, Oct. 2003

11. S. Blair, "Self-focusing in photonic crystal defect arrays," Optical Society of America Annual Meeting, Paper TuS6, Tucson, Oct. 2003

12. Y. Liu and S. Blair, "Fluorescence transmission through nanostructured metal films," *Nanophotonic materials* E-MRS Spring Meeting, Strasbourg France, May 2004

13. J. Bishop, S. Blair, A. M. Chagovetz, "Modeling multi-analyte DNA competitive hybridization on biosensor surfaces," Biophysical Society Annual Meeting, Salt Lake City, Feb. 2006

14. F. Mahdavi and S. Blair, "Radiative enhancement from metallic nanocavities," Nanophotonics Topical Meeting (NANO), Postdeadline Session, Uncasville CT, April 2006

Steve Blair's Publications       *March 12, 2012*                                    18

15. J. Bishop, S. Blair, and A. M. Chagovetz, "A competitive kinetic model of nucleic acid surface hybridization," The Ninth World Congress on Biosensors, Toronto CA, May 2006

16. J. Bishop, A. Chagovetz, and S. Blair, "Effects of fill fraction on the capture efficiency of nanoscale molecular transducers," The Ninth World Congress on Biosensors, Toronto CA, May 2006

17. J. Bishop, C. Wilson, A. M. Chagovetz, S. Blair, "Microarray analysis using competitive hybridization," Advances in Microarray Technology (AMT), Amsterdam Oct./Nov. 2006

18. S. Blair and F. Mahdavi, "Plasmonic nanoholes for molecular detection," *Plasmonics in Biology and Medicine IV* 6450-12, Photonics West BiOS, San Jose, CA, Jan. 23, 2007.

19. S. Blair, "Molecular detection in metal nanocavities," Micro (MEMS) and Nanotechnologies for Defense and Security, part of SPIE Defense and Security, Orlando, April 9-13, 2007

20. F. Mahdavi, D. Gerard, J. Wenger, and S. Blair, "Modeling fluorescence enhancement from metal nanocavities," Surface Plasmon Photonics 3, Dijon, France, June 17-22, 2007.

21. V. Govindan and S. Blair, "Limitations on nonlinear pulse propagation in coupled-resonator waveguides," OSA Slow and Fast Light Topical Meeting, Salt Lake City, July 8-11, 2007.

22. J. Goeckeritz and S. Blair, "A one-dimensional photonic crystal rib waveguide," OSA Slow and Fast Light Topical Meeting, Salt Lake City, July 8-11, 2007.

23. L. Williams, M. Okandan, A. Chagovetz, and S. Blair, "Development and characterization of a microheater array device for real-time DNA mutation detection," SPIE Defense and Security, Micro (MEMS) and Nanotechnologies for Space, Defense, and Security III, presentation 6959-33, Orlando, FL, March 20, 2008.

24. T. Xu and S. Blair, "Aperture symmetry and lattice arrangement modulated second-harmonic emission from sub-wavelength metallic apertures," CLEO poster JWA15, San Jose, CA, May 7, 2008.

25. S. Blair, "Kinetics of multiplex hybridization on microarrays" Advances in Microarray Technology (podium presentation), Barcelona, May 8, 2008.

26. A. Chagovetz, L. Williams, and S. Blair, "A paradox of multiplex DNA melting on the surface," Advances in Nucleic Acid Detection and Quantification (podium presentation), Cambridge, Oct. 28-29, 2008.

27. S. Blair, L. Williams, J. Bishop and A. Chagovetz, "Kinetics of multiplex hybridization on microarrays," Advances in Nucleic Acid Detection and Quantification (poster presentation P001), Cambridge, Oct. 28-29, 2008.

28. J. Wenger, D. Gerard, H. Aouani, N. Bonod, E. Popov, H. Rigneault, B. Lowder, S. Blair, E. Devaux, and Th. Ebbesen, "Merging fluorescence correlation spectroscopy and plasmonics: characterizing nanostructures for high rate efficiency single molecule detection," Fourth International Conference on Surface Plasmonic Photonics, Amsterdam June 21-26, 2009. (15% acceptance rate).

29. X. Jiao, F. Mahdavi, J. Goeckeritz, S. Blair, H. Aouani, J. Wenger, M. Oldham, E. Devaux, and Th. W. Ebbesen, "Influence of adhesion layers on the performance of plasmonic antennae," Fourth International Conference on Surface Plasmonic Photonics, Amsterdam June 21-26, 2009. (15% acceptance rate).

30. J. Wenger, D. Gerard, H. Aouani, H. Rigneault, E. Devaux, T. W. Ebbesen, B. Lowder, and S. Blair, "Nanophotonic structures to enhance single molecule fluorescence detection," 12th Carl Zeiss sponsored workshop on Fluorescence Correlation Spectroscopy and related methods, Cargese (Corsica, France) October 12-16, 2009.

31. S. Blair, "Unexpected phenomena in multiplex hybridization," Focus Session: Physics of Biochips I, APS March Meeting 2010, Portland, OR, March 17.

32. S. Blair, "Nanophotonics research activities," SPIE Defense & Security 2010, Micro- and Nanotechnology Sensors, Systems, and Applications II, Orlando, FL, April 9, 2010.

33. F. Mahdavi, X. Jiao, M. Diwekar, S. Attavar and S. Blair, "UV plasmonics," Fifth International Conference on Surface Plasmonic Photonics, Busan, S. Korea, May 15-20, 2011. (<15% acceptance rate).

34. M. Diwekar, T. V. F. Abaya, P. Tathireddy, L. Reith, F. Solzbacher, S. Blair, and G. Clark, "Development of the Utah slant optrode array for optical neural stimulation," Neurosience 2011, Washington, D.C., Nov. 13.

35. G. A. Clark, S. Schister, N. M. Ledbetter, D. J. Warren, F. Solzbacher, J. D. Wells, M. D. Keller, S. M. Blair, L. W. Reith, and P. R. Tathireddy, "Selective, high-channel-count, artifact-free stimulation with infrared light via intrafascicular Utah slanted optrode arrays," Neuroscience 2011, Washington, D. C., Nov. 13.

## Other Presentations

1. S. Blair, "Optical phenomena in sub-wavelength metallic aperture arrays: molecular fluorescence enhancement and surface nonlinear optics," Sandia National Laboratory, Albuquerque, NM, July 28, 2003.

2. S. Blair, "Reduction of out-of-plane scattering losses in photonic crystal slabs," University Namur, Namur, Belgium, April 24, 2004.

Steve Blair's Publications       *March 12, 2012*                              20

3. S. Blair, "Real-Time Microarray Technology," Oak Ridge National Laboratory, Oak Ridge, TN, July 12, 2005.

4. S. Blair, "To Nano or not to Nano", Rose-Hulman Institute of Technology, Depts. of Physics and Electrical Engineering, Terre Haute, IN, Nov. 7, 2005

5. S. Blair, "Nonlinear optical phenomena in coupled-resonator slow-light systems", Univ. of Toronto, Dept. of Physics, Dec. 12, 2005

6. S. Blair, "Understanding competitive hybridization and its relevance to microarray analysis techniques", Univ. of Toronto, Mississauga, Dept. of Chemistry, Dec. 13, 2005.

7. S. Blair, "Activities at the Center for Microarray Technology," University of Louisville, Electrical Engineering Department, June 23, 2006.

8. S. Blair, "Molecular detection and nonlinear optics in sub-wavelength metallic apertures," Laboratoire d'Etudes des Proprietes Electroniques des Solides, LEPES/CNRS, Grenoble, Oct. 17, 2006.

9. S. Blair, "Molecular detection and nonlinear optics in sub-wavelength metallic apertures," Aalborg University, Dept. of Physics and Nanotechnology, Aalborg, Denmark, Nov. 8, 2006.

10. S. Blair, "Plasmonics - overview and opportunities," NanoUtah, Oct. 26, 2007.

11. S. Blair, "Slow light on a chip - principles and applications," Institute for Microstructural Sciences, National Research Council of Canada, Ontario, Nov. 27, 2007.

12. S. Blair, "Enhancing single molecule fluorescence with plasmonic nanoantennae," Applied Biosystems, Foster City, CA, Jan. 23, 2008.

13. S. Blair, "Molecular detection and nonlinear optics with plasmonic antennas," Vanderbilt University, March 11, 2009.

14. S. Blair, "Fluorescence enhancement and photochemistry with plasmonic nanostructures," University of Maryland, Baltimore County, Department of Chemistry, March 14-15, 2011.

15. T. Abaya, M. Diwekar, S. Blair, S. Schister, G. Clark, P. Tathireddy, L. Reith, and F. Solzbacher, "Utah Slant Optrode Array for Intrafascicular Infrared Neural Stimulation," Infrared Neural Stimulation Summit, Northwestern University, July 22, 2011.

Steve Blair's Research Activities     *March 12, 2012*                    21

# Research Funding - PI or co-PI

| | | | |
|---|---|---|---|
| Whitaker | Optical microcavities for high-throughput biosensors | $210,000 | 1/1/00 - 4/30/03 |
| ARO YIP | Engineered photonic materials for nanoscale optical logic devices | $122,000 | 10/29/00 - 11/30/03 |
| ARO DURIP | Two femtosecond laser systems for photonic crystal research (with Valy Vardeny, $255,000 total) | $99,450 | 4/1/01 - 3/31/02 |
| Utah RIF | Spectroscopic ellipsometer | $108,000 | 7/1/01 - 6/30/02 |
| NSF NIRT | Nanoscale metallic photonic crystals: fabrication, physical properties, and applications (with Alexei Efros, Valy Vardeny, Jing Shi, and Matt DeLong $1,000,000 total) | $208,000 | 7/1/01 - 6/30/05 |
| COE BEEF | Optical teaching laboratory | $56,000 | 2002 |
| NSF CAREER | Integrated-optic nanoparticle bioesensor arrays | $375,000 | 2/15/02 - 2/31/07 |
| NIH | Exploration of metallic nanoparticle biosensors | $206,876 | 4/1/02 - 3/31/04 |
| ARO DURIP | Upgrade of femtosecond laser systems (with Valy Vardeny, $215,800 total) | $182,800 | 5/15/02 - 8/31/03 |
| AFOSR | Phase I STTR sub-contract from Silicon Optics Photonic crystal chip-scale optical networks | $59,668 | 1/1/04 - 9/31/04 |
| Utah SEED | Initial demonstrations of a quantum dot plasmonic nanolaser | $28,000 | 6/1/05 - 5/31/06 |
| Utah TCP | Development and analysis of a real-time microarray platform prototype | $51,500 | 7/1/05 - 6/30/08 |
| Utah COEP | Center for microarray technology | $250,000 | 7/1/05 - 6/30/08 |
| MDA | Conservative optical logic devices (COLD), sub-contract from Idaho State University | $132,000 | 6/1/06 - 5/31/08 |
| Utah Synergy | Development of a center for personalized medicine (B. Gale PI) | $100,000 | 7/1/06 - 6/30/07 |
| NSF ECS | Novel optical properties of metallic nanocavities | $270,000 | 9/1/06 - 8/31/09 |
| NSF IREE | International travel supplement | $26,400 | 10/1/06 - 9/31/07 |
| Appl. Biosys. | Fluorescence enhancement structures | $197,874 | 3/1/07 - 6/30/08 |
| ARO | Enhanced nonlinear optical devices using artificial slow-light structures | $345,000 | 4/27/07 - 4/26/10 |
| Phys. Opt. Corp. | AF Phase II sub-contract - Field portable biomonitor | $20,000 | 5/18/07 - 2/27/09 |
| Philotek | Enhanced microarray substrates | $363,000 | 9/1/07 - 6/10/08 |
| Eng. Initiative | Optics teaching laboratory | $120,000 | 2008 |
| COE BEEF | Clinic project laboratory | $44,000 | 2008 |

Steve Blair's Research Activities     *March 12, 2012*                    22

| | | | |
|---|---|---|---|
| Ionic Systems | NSF Phase I sub-contract - Large array microring resonators for food safety | $20,000 | 1/15/08 - 11/30/08 |
| SLC Bioscience | Real-time heteroplasmy analysis on microarrays | $505,892 | 9/1/08 - 7/31/12 |
| Corning | Improving the light extraction efficiency of organic light emitting devices | $139,742 | 11/1/08 - 10/31/10 |
| MOXTEK | Polarizer passivation | $52,000 | 4/15/09 - 2/15/10 |
| AFOSR | Making zero-energy logic practical - the search for practical logic operators (sub-contract from Fisk U., with Priyank Kalla) | $20,000 | 9/1/09 - 12/31/10 |
| Utah TCP | Use of nanoparticle and thin-film technologies to reduce photophobia in migraine and other light sensitive conditions (B. Katz, PI) | $35,000 | 12/1/10 - 11/30/11 |
| Utah COEP | Axon Optics (B. Rollins, PI) | $40,000 | 5/1/11 - 10/31/11 |
| EIF | Web-based dissemination of engineering communication tools and strategies in the context of capstone design courses (with Susannah Howe, Smiths College) | $15,000 | 6/15/11 - 6/14/12 |

## Research Funding - non-PI

| | | | |
|---|---|---|---|
| NSF IGERT | Meso-, micro-, and nano-scale thermalfluid systems (T. Ameel, R. Roemer, J. Lighty, S. Jacobson) | $3,205,540 | 8/1/00 - 7/31/06 |
| NSF IGERT | Nanobiosensors, nanomaterials, and microfluidics (M. Porter, B. Gale, T. Martinez, A. Ostafin, H. White) | $1,800,000 | 8/1/09 - 7/31/14 |
| NSF CEMRI | Next-generation materials for plasmonics and spintronics (A. Virkar, A. Nahata, B. Saam) | $12M | 10/1/11-9/30/17 |

## Gifts/Donations

| | | | |
|---|---|---|---|
| Lucent Tech. | Laser diodes - teaching lab | $20,000 | 2000 |
| ILX Lghtwave | laser diode instrumentation - teaching lab | $10,000 | 2000 |
| Maxim Corp. | electronic muxes/demux - teaching lab | $4,000 | 2001 |
| Optellios | dye laser, telecom components - teaching lab | $90,000 | 2002 |
| Kigre, Inc. | alexandrite laser rod - research | $2,500 | 2005 |
| MOXTEK | support for nanophotonics - research | $10,000 | 6/2006 |
| Ophir-Spiricon | laser beam profiler - teaching lab | $4,295 | 2008 |
| Edmund Optics | optical components - teaching lab | $500 | 2010 |

## External Coverage

- "A New Federal Institute Focuses on Biomedical Imaging & Bioengineering," by Donna J. Dean and Brenda J. Korte, Optics & Photonics News, October 2003. This article highlighted my research on plasmonic fluorescence enhancement, among other projects supported by NIBIB.

- "Salt Lake City Bioscience to Sell 'Real-Time Microarrays' Made by U of Utah," Justin Petrone, GenomeWeb Daily News, Sept. 6, 2011.

Steve Blair's Research Activities        *March 12, 2012*                        23

http://www.genomeweb.com/arrays/salt-lake-city-bioscience-sell-real-time-microarrays-made-u-utah

This article covers the development and applications of our real-time microarray platform.

Steve Blair's Research Activities      *March 12, 2012*                                    24

# Patents/Applications

| | | |
|---|---|---|
| Optical microcavities for high-throughput biosensing | Issued | 7,384,797 |
| Optical communication system using coherence multiplexing in an optical DWDM network | Issued | 7,171,129 |
| Tunable optical wavelength filters and multi-level optical integrated circuits | Issued | 6,865,314 |
| Optical wavelength routing circuits | Issued | 6,674,937 |
| Biosensors including metallic nanocavities | Published | 60/795,110 |
| Methods and systems for acquiring real-time quantitative melt data | Published | U-3929 11/633,980 |
| Methods and device for nucleic acid amplification on a surface | Published | U-4084 11/633,981 |
| Methods and compositions related to nucleic acid detection | Published | U-4084 60/893,029 |
| Methods and compositions related to quantitative array based methylation analysis | Published | U-4215 61/044,075 |
| Localization of near-field resonances in bowtie antennae: influence of adhesion layers | Published | PCT/US2009/046027 |
| Method, systems and apparatus for light concentrating mechanisms | Published | 12/284,109 |
| OLED with resonant structure | Provisional | U-4660 |
| Methods, systems, and apparatus for reducing the frequency and/or severity of photophobic responses or for modulating circadian cycles | Provisional | U-4963 61/433,344 |

Steve Blair's Research Activities     *March 12, 2012*                                25

## Current Postdocs/Research Students

- Mr. Jonghwa Jeong, PhD MSE. "Low Cost Solution-Based Materials Processing Methods for Large-area OLEDs and OFETs" Defended 12/18/09 (Fall 2011)
- Mr. Tingjun Xu, PhD EE. "Nonlinear nanoplasmonics" Defended 12/10/10. (Fall 2011).
- Mr. Steve McDaniel, PhD EE. Energy harvesting photonics.
- Mr. Xiaojin Jiao, PhD EE. UV plasmonics.
- Ms. Melany Moras, PhD EE. IGERT student (with Joel Harris). Single-molecule methods.
- Mr. Miguel Rodriguez, PhD EE (with Cindy Furse). IGERT student (with Jennifer Shumaker-Parry). Plasmonic antennas.
- Miss Tanya Abaya, PhD EE (with Florian Solzbacher). Intrafascicular optical neural stimulation.
- Mr. Pradeep Kasinadhuni, MS EE. Ophthalmic filters.

## Former Research Students (6 postdoc, 8 PhD, 8 MS)

- Mr. Peter Johnson, BS EE (Spring 2000). Peter got EBL working on campus. Now 1st Lt. USAF/AFIT.
- Mr. Xiaosong Wang, MS EE, "Plasmon excitation on 2-D metallic nanoparticle arrays" (Dec. 2001). Now engineer at Cadence.
- Ms. Geeta Pasrija, MS EE, "DSP approach to the design of nonlinear optical devices," (May 2004). Co-advised with B. Farhang-Boroujeny. Now at Broadcom.
- Mr. Marc Airola, MS EE, "Second harmonic generation of light from sub-wavelength metallic apertures" (May 2005). Now a technical staff member at Applied Physics Laboratory, Johns-Hopkins University.
- Ms. Yan Chen, PhD EE, "Nonlinear optical process enhancement by artificial resonant structures" (May 2005). Now at Timbre Technologies, Inc. Santa Clara, CA.
- Dr. Yongdong Liu, postdoc. Summer 2001 - Dec. 2004. Molecular-plasmonic nanosystems. Now at Nanometrics, Santa Clara, CA.
- Mr. Jack Davis, BS EE 2006. Since Fall 2001. Jack worked on slow-light demonstrations. Now patent attorney.
- Mr. Charles Fisher, BS ME. 2003-04. Charles worked on refurbishing lasers in the lab. Now laboratory staff, UofU Microfab.
- Miss Jane Thomas, BS Biochemistry. 2004. Jane worked on a variety of projects in the lab related to microarrays.
- Miss Darci Taylor, COE. 2004. Darci worked on a project analyzing the business case for grating-SPR.
- Mr. Colby Wilson, BS EE, 2004-05. Colby worked on a variety of projects in the lab related to microarrays. Now biotechnology director at Salt Lake City school corporation.

Steve Blair's Research Activities     *March 12, 2012*                    26

- Mr. Steven Paradise, BS/MS EE. "Effects of aperture shape on optical second-harmonic generation from arrays of metallic sub-wavelength apertures" (May 2006). Now at Sandia National Labs, Livermore, CA.
- Mr. Benjamin Yang, BS/MS EE. "Nonlinear enhancement of one-dimensional optical resonance structures through group delay optimization" (Fall 2006). IGERT student. Now at Sandia, NM.
- Ms. Kristin Hecht, MS ChE. "Characterization of mixing processes through the competitive consecutive bromination of 1,3,5-trimethoxybenzene." (Spring 2007). Co-advised with Frank Hanson.
- Mr. Justin Bishop, PhD EE. "Kinetics of multiplex hybridization: mechanisms and implications." (Fall 2007). IGERT student. Now at Exponent Corporation.
- Mr. Liyong Diao, PhD ME. "Optical bistability and second-harmonic generation in thin film coupled cavity structures." (Fall 2007). Co-advised with Charlie Thomas.
- Mr. Kuncheng Zheng, PhD EE. "Microresonator enhanced four-wave mixing and Raman amplification." (Spring 2008). Now postdoc at Univ. of Michigan.
- Mr. Layne Williams, PhD BioE. "Development of a real-time array platform for nucleic acid detection using microfluidics and microheaters." (Spring 2008). IGERT student. Now at Blackrock Microsystems.
- Ms. Vishnupriya Govindan, PhD EE. "Systematic design of micro-ring resonator systems under the constraint of pulse distortion." (Summer 2009). Now postdoc at University of Minnesota.
- Mr. Farhad Mahdavi, PhD EE. "Light transport via sub-wavelength apertures." (Summer 2009). IGERT student. Now postdoc at University of Maryland.
- Mr. Jeremey Goeckeritz, PhD EE. "Reducing out of plane scattering losses in silicon photonic crystal waveguides." (Fall 2009). IGERT student. Now at Raytheon, SLC.
- Dr. Henrik Engstrom, postdoc. 9/1/08 - 12/17/09. Real-time microarray heteroplasmy analysis. Now consultant, Oresund Life Sciences.
- Ms. Jenny Yu, MS BioE. "DNA methylation profiling using real-time MBD protein binding." (Fall 2009). Now at CU Denver Health Sciences.
- Mr. Hemang Dhamija, MS EE. "Optical Sequence Time Domain Reflectrometry for Aircraft Wire Fault Detection," Defended 1/8/10 (Spring 2010). Now at Maxtec, Inc.
- Dr. Reine Johansson, postdoc, 12/7/09 - 10/10. Real-time microarray heteroplasmy analysis.
- Dr. Mohit Diwekar, postdoc. Plasmonics and nanofabrication. 10/1/07 - 7/10.
- Dr. Xiaojin Jiao, postdoc. Plasmonics and nonlinear optics. 3/1/07 - 8/10.
- Dr. Sachin Attavar, postdoc. Molecular plasmonics and real-time microarrays. 12/1/07 - 8/15/11.

# High School Students Hosted

- Trinity Romney - Riverton High. Advised on high-school science projects, 2006-08.

Steve Blair's Research Activities        *March 12, 2012*                                27

- Jessica Sorensen - AMES. General microarray lab work 11/1/06-1/31/08.

- Anna Vickars - West High. Expression of 1xMBD-GFP from plasmids. Summer 2009.

- Heather Haycock. Optical measurements on ophthalmic lenses. Summer 2011.

Steve Blair's Teaching Activities     *March 12, 2012*                    28

# Courses

Fall 1998 - ECE 4900: Senior Thesis. 8 students. Individual student research projects.

Fall 1998 - ECE 5410: Lasers and Their Applications. 22 students. Introduction to laser physics and systems, ray optics, crystal optics, modulation, and detection.

Spring 1999 - ECE 4910: Senior Thesis. 8 students.

Spring 1999 - ECE 5411: Fiberoptic Systems. 18 students. Optical communications systems and networks, system design.

Fall 1999 - ECE 5410: Lasers and Their Applications. 17 students.

Fall 1999 - ECE 6420: Fourier Optics (w/ Doug Christensen). 8 students. Diffraction, optical imaging systems, optical computing systems.

Spring 2000 - ECE 5411: Fiberoptic Systems. 14 students.

Spring 2000 - ECE 6440: Integrated Optics (w/ Doug Christensen). 6 students. Waveguide theory, integrated optoelectronic devices in telecom and sensing.

Fall 2000 - ECE 4900: Senior Thesis. Iomega Clinic. 4 students.

Fall 2000 - ECE 5411: Lasers and Their Applications. 26 students.

Fall 2000 - ECE 6420: Fourier Optics. 7 students.

Spring 2001 - ECE 4911: Senior Thesis. 4 students.

Spring 2001 - ECE 5411: Fiberoptic Systems. 25 students.

Fall 2001 - ECE 5410: Lasers and Their Applications. 25 students.

Fall 2001 - ECE 4910 Senior Thesis. Iomega (5 students) and Hill AFB (7) clinics.

Fall 2001 - ECE 7950: Nonlinear Optics. 6 students.

Spring 2002 - ECE 4911 Senior Thesis. 12 students.

Spring 2002 - ECE 5411 Fiberoptic Systems. 25 students.

Spring 2002 - ECE 6440 Integrated Optics (w/ Doug Christensen). 16 students.

Fall 2002 - ECE 4900 Senior Thesis. Hill AFB clinic. 5 students.

Fall 2002 - ECE 5410 Introduction to Lasers and Their Applications. 25 students.

Fall 2002 - ECE 6420 Fourier Optics. 15 students.

Spring 2003 - ECE 4910 Senior Thesis. 5 students.

Spring 2003 - ECE 5411 Fiberoptic Systems. 22 students.

Fall 2003 - ECE 4900 Senior Thesis. Hill AFB clinic. 4 students

Fall 2003 - ECE 5410 Optical Electronics and Lasers. 24 students.

Spring 2004 - ECE 4910 Senior Thesis. 4 students.

Spring 2004 - ECE 5411 Fiberoptic Systems. 12 students.

**Steve Blair's Teaching Activities**     *March 12, 2012*                    29

**Fall 2004** - ECE 4910 Senior Thesis. 6 students.
**Fall 2004** - ECE 7960 Nanophotonics. 9 students. A new course covering quantum dots, nanocomposites, plasmonics, photonic crystals, nanobiotechnology, and nanomedicine.

**Spring 2005** - ECE 4911 Senior Thesis. 6 students.
**Spring 2005** - ECE 5411 Fiberoptic Systems. 11 students.

**Fall 2005** - ECE 6440 Photonic Microsystems. 10 students.
**Fall 2005** - ECE 4900 Senior Thesis. 6 students. Sandia National Labs clinic.

**Spring 2006** - ECE 5411 Optical Communications. 10 students.
**Spring 2006** - ECE 4910 Senior Thesis. 6 students.
**Spring 2006** - ECE 6960 Photonic Microsystems Lab. 6 students.

**Spring 2008** - ECE 5411 Optical Communications. 8 students.

**Fall 2008** - ECE 6961 Biophotonics. A new course. 12 students.

**Spring 2009** - ECE 6440 Photonic Microsystems. 9 students.

**Fall 2009** - ECE 6960 Nanophotonics: Plasmonics. An updated course. 7 students.

**Spring 2010** - ECE 5411 Optical Communications. 5 students.

**Fall 2010** - ECE 5410 Optical Electronics. 23 students.
**Fall 2010** - ECE 4900 Senior Thesis. 5 students. Moxtek clinic.

**Spring 2011** - ECE 6440 Photonic Microsystems. 7 students.
**Spring 2011** - ECE 4910 Senior Thesis. 5 students. Moxtek clinic.

**Fall 2011** - ECE 6460 Biophotonics. 7 students.
**Fall 2011** - ECE 4900 Senior Thesis. 4 students. Moxtek clinic.

**Spring 2012** - ECE 5411 Optical Communications. 27 students.
**Spring 2012** - ECE 4910 Senior Thesis. 3 students. Moxtek clinic.