UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CAMBRIAN SCIENCE CORPORATION, a California corporation,<br><br>                Plaintiff,<br>    v.<br><br>COX COMMUNICATIONS, INC., a Delaware corporation; XO COMMUNICATIONS SERVICES, LLC, a Delaware limited liability company; GLOBAL CROSSING TELECOMMUNICATIONS, INC., a Michigan corporation; LEVEL 3 COMMUNICATIONS LLC, a Delaware limited liability company; 360NETWORKS (USA), INC., a Nevada corporation; ELECTRIC LIGHTWAVE, LLC, dba INTEGRA TELECOM, a Delaware limited liability company; IXC HOLDINGS, INC. dba TELEKENEX, a Delaware corporation; and INFINERA CORPORATION, a Delaware corporation,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 8:11-CV-01011-AG (JPRx)<br><br>**FINAL JUDGMENT AGAINST PLAINTIFF-COUNTERDEFENDANT CAMBRIAN SCIENCE CORPORATION AND IN FAVOR OF DEFENDANT-COUNTERCLAIMANT INFINERA CORPORATION AND DEFENDANTS COX COMMUNICATIONS, INC.; XO COMMUNICATIONS SERVICES, LLC; GLOBAL CROSSING TELECOMMUNICATIONS, INC.; LEVEL 3 COMMUNICATIONS LLC; 360NETWORKS (USA) INC.; ELECTRIC LIGHTWAVE, LLC, DBA INTEGRA TELECOM; AND IXC HOLDINGS, INC. DBA TELEKENEX**<br><br>Courtroom: 10D<br>Hon. Andrew J. Guilford |

Having carefully considered the Motion for Summary Judgment of Non-Infringement, brought by Defendant-Counterclaimant Infinera Corporation and Defendants Cox Communications, Inc.; XO Communications Services, LLC; Global Crossing Telecommunications, Inc.; Level 3 Communications LLC; 360networks (USA) inc.; Electric Lightwave, LLC, dba Integra Telecom; and IXC Holdings, Inc. dba Telekenex (collectively "Defendants"), this Court **GRANTS** the motion.  The Court finds that Defendants **DO NOT INFRINGE** claims 57 and 58 of U.S. Patent No. 6,775,312 ("the '312 patent"), including directly or indirectly, literally or under the doctrine of equivalents, or willfully.

All of Plaintiff's claims of infringement with respect to any other claims of the '312 patent ever asserted in this case are **DISMISSED WITH PREJUDICE.**

**FINAL JUDGMENT IS HEREBY ENTERED** as follows:

1. Against Plaintiff and in favor of Defendants on all of Plaintiff's claims of infringement of the '312 patent, including direct and indirect, literal and under the doctrine of equivalents, and willful.

2. Against Plaintiff and in favor of Defendant-Counterclaimant Infinera Corporation on the Second Declaratory Judgment Counterclaim for Non-Infringement of the '312 patent.

3. The First Declaratory Judgment Counterclaim of Defendant-Counterclaimant Infinera Corporation for declaratory judgment of invalidity of the '312 patent is **DISMISSED WITHOUT PREJUDICE**.

Defendants as the prevailing parties may apply for their costs.

1  **IT IS SO ORDERED.**

3  Dated: July 2, 2014.

5  HONORABLE  ANDREW J. GUILFORD
   UNITED STATES DISTRICT JUDGE